**SO ORDERED.**

**SIGNED this 29 day of May, 2008.**



                                            **JAMES D. WALKER, JR.**
                                   **UNITED STATES BANKRUPTCY JUDGE**

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF THE STATE OF GEORGIA

| | |
|---|---|
| IN RE: | ) Case No. 04-10682 |
| Iva D. Craft, | )    (Chapter 7) |
|         DEBTOR | ) |

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of JPMorgan Chase Bank, N.A. successor to Bank One, (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $533.98) be paid to it in care of <u>Leslie G. Pilkington, 10 South Dearborn-Suite IL1-0779, Chicago 60670-0779</u>.

By:

Greg Griffith
Attorney at Law
3855 South Blvd, Ste 200
Edmond, OK 73013